EDWARD H. KUBO, JR.
United States Attorney

FLORENCE T. NAKUKUNI    2286
Assistant U.S. Attorney

MICHAEL K. KAWAHARA    1460
Assistant U.S. Attorney
Room 6-100, Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Mike.Kawahara@usdoj.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 29 2003

at ____ o'clock and ____ min. ____ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　　VS.<br><br>NHON PHU HUYNH, also<br>　known as "Steve",　　(01)<br>JUN KADENA,　　　　　　(02)<br><br>　　　　　　　Defendants. | CRIM. NO. CR 03-00279 SOM<br><br>INDICTMENT<br>[21 U.S.C. 963, 952(a), 846,<br>841(a)(1) and 18 U.S.C. 2] |

**INDICTMENT**

Count 1:

The Grand Jury charges that:

From a time unknown to the grand jury up through and including on or about May 22, 2003 in the District of Hawaii and elsewhere, defendants:

**NHON PHU HUYNH**, also known as "Steve" (hereinafter "Huynh"),
**JUN KADENA** (hereinafter "Kadena"),

and others known and unknown to the grand jury knowingly and intentionally conspired to import into the United States from a

place outside thereof five-hundred (500) grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance,

A violation of Title 21, United States Code, Section 952(a).

Overt Acts:

In furtherance of this conspiracy and in order to attain the objects thereof, the following overt acts, among others, were committed in the District of Hawaii and elsewhere:

1. On or about May 19, 2003 at apartment #203, 750 Amana Street, Honolulu, Hawaii, Kadena accepted delivery of the following United Parcel Service ("UPS") parcel:

> One (1) cardboard box, shipped under United Parcel Service (UPS) Worldwide Services Waybill #M033 217 165 4, with the designated shipper being 'Phil Kapena, 2500 S. Fell St., Burnaby, B.C. V5A 2T8, telephone number(604) 377-9818', and the designated consignee (recipient) being 'Jin Kapena, 750 Amana St, #203, Hon, HI 96814' **[hereinafter referred-to as "subject parcel"]**.

2. On or about May 19, 2003, Huynh was present at apartment #203, 750 Amana Street, Honolulu, Hawaii.

3. During the period on or about May 19, 2003 until on or about May 21, 2003, Kadena kept the subject parcel in apartment #203, 750 Amana Street, Honolulu, Hawaii.

All in violation of Title 21, United States Code, Sections 963, 952(a), and 960(b)(1).

2

Count 2:

The Grand Jury further charges that:

From a time unknown to the grand jury up through and including on or about May 22, 2003 in the District of Hawaii and elsewhere, defendants:

**NHON PHU HUYNH**, also known as "Steve" (hereinafter "Huynh"),
**JUN KADENA** (hereinafter "Kadena"),

and others known and unknown to the grand jury knowingly and intentionally conspired to distribute and to possess with intent to distribute five-hundred (500) grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance,

A violation of Title 21, United States Code, Section 841(a)(1).

Overt Acts:

In furtherance of this conspiracy and in order to attain the objects thereof, defendants committed the same overt acts set forth in Count 1 above.

All in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

Count 3:

Sometime during the period on or about May 1, 2003 to on or about May 19, 2003 in the District of Hawaii, defendants:

3

**NHON PHU HUYNH**, also known as "Steve", and
**JUN KADENA**

knowingly and intentionally attempted to import into the United States from a place outside thereof five-hundred (500) grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance,

In violation of Title 21, United States Code, Sections 963, 952(a), and 960(b)(1), and Title 18, United States Code, Section 2.

Count 4:

The Grand Jury further charges that:

On or about May 19, 2003 in the District of Hawaii, defendants:

**NHON PHU HUYNH**, also known as "Steve", and
**JUN KADENA**

knowingly and intentionally attempted to possess with intent to distribute five-hundred (500) grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance,

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A), and Title 18, United States Code,

4

Section 2.

    DATED: Honolulu, Hawaii, May 29, 2003.

                              A TRUE BILL.

                              /s/
                              GRAND JURY FOREPERSON

EDWARD H. KUBO, JR.
United States Attorney

By /s/ Florence T. Nakakuni
FLORENCE T. NAKAKUNI
  Assistant U.S. Attorney

/s/ Michael K. Kawahara
MICHAEL K. KAWAHARA
  Assistant U.S. Attorney

USA v. Huynh & Kadena, USDC-Hawaii, Indictment.